| | | | | |
|---|---|---|---|---|
| D.P. v. A.L. ..................... | 33A04–1702–DR–323 | 07/05/2017 | BAKER, J. | Remanded with instructions |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Johnson v. State ................ | 92A04–1703–PC–436 | 07/05/2017 | BAKER, J. | Affirmed |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Gonzaga v. State ............... | 49A04–1610–CR–2357 | 07/05/2017 | BRADFORD, J. | Affirmed |
| | | | BROWN, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Morris, In re Guardianship of .... | 34A02–1702–GU–264 | 07/06/2017 | ROBB, J. | Reversed and remanded |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Camos v. State.................. | 02A05–1610–CR–2492 | 07/06/2017 | MAY, J. | Affirmed |
| | | | BROWN, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Lindsey v. State ................ | 46A03–1701–CR–44 | 07/06/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Sanders v. State ............... | 71A03–1611–CR–2556 | 07/06/2017 | BRADFORD, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| E.L., Matter of ................. | 64A04–1702–JT–360 | 07/06/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | RILEY, J. | Concurs |
| Webster v. Michiana Transportation, Inc. ..................... | 71A03–1611–CT–2706 | 07/07/2017 | BAILEY, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | ROBB, J. | Concurs in result with separate opinion |
| Washington v. State ............. | 45A04–1610–PC–2421 | 07/07/2017 | BROWN, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Taylor v. State ................. | 02A05–1701–CR–99 | 07/07/2017 | BAKER, J. | Affirmed |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |